1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VERNON W.A. WILLIAMS, II,<br><br>Petitioner,<br>v.<br><br>GABRIELA NAJERA, et. al,<br><br>Respondents. | Case No. 2:23-cv-00866-GMN-DJA<br><br>ORDER |

Petitioner has submitted to the court a document styled as a "petition for prohibitory injunction / and mandamus," with which he appears to be seeking to challenge the length of his custody at the Southern Desert Correctional Center. ECF No. 1-1.

Petitioner's avenue for relief in this court, if any, would be a petition for writ of habeas corpus under 28 U.S.C. § 2254. A petition for writ of habeas corpus filed by a person who is not represented by an attorney must be on the form provided by this court. LSR 3-1, Local Rules of Practice, U.S. District Court of Nevada. The form, when fully completed, includes information necessary for the court to properly screen the petition in accordance with Rule 4 of the Rules Governing Habeas Corpus Cases Under Section 2254, such as whether the petition has been timely filed and whether the petitioner has exhausted state court remedies before proceeding in federal court. Thus, petitioner must file his petition on the court's approved form to properly commence this proceeding.

Petitioner has also filed an application to proceed *in forma pauperis*. ECF No 1.  The financial information provided with the application indicates that petitioner is unable to pay the filing fee for this action.  Therefore, the *in forma pauperis* application will be granted, and he will not be required to pay the filing fee.

IT IS THEREFORE ORDERED the Clerk of Court shall send petitioner two copies of a noncapital Section 2254 habeas petition form, a copy of the instructions for the form, and a copy of the papers that he submitted in this action.  Petitioner shall have thirty (30) days to file his habeas petition on a fully completed form.  Failure to comply will result in the dismissal of this action.

IT IS FURTHER ORDERED that petitioner's application to proceed in forma pauperis (ECF No. 1) is GRANTED.  Petitioner is granted leave to proceed *in forma pauperis*.  Petitioner will not be required to pay the filing fee for this action.

DATED THIS 20 day of   June  , 2023.

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE