UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| VERNON W.A. WILLIAMS, II,<br><br>          Petitioner,<br><br>     v.<br><br>GABRIELA NAJERA, et. al,<br><br>          Respondents. | Case No. 2:23-cv-00866-GMN-DJA<br><br>ORDER |

On June 20, 2023, this court entered an order giving petitioner 30 days in which to file a petition for writ of habeas corpus under 28 U.S.C. § 2254 on the court's form, which was sent to the petitioner with the order. ECF No. 4.  The court also advised petitioner that failure to comply with the order would result in dismissal of this case. *Id.*  Because petitioner has neither complied with that order nor requested additional time within which to do so, this case will be dismissed without prejudice.

IT IS THERFORE ORDERED that this proceeding is dismissed without prejudice.  The Clerk of Court is directed to enter judgment accordingly and close this case.

IT IS FURTHER ORDERED that petitioner's motion to amend/correct (ECF No. 3) is DENIED as moot.

DATED THIS 11 day of January, 2024.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE